DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK J. KEITEL, III,**
Appellant,

v.

**DARRELL HOFHEINZ, et al.,**
Appellees.

No. 4D2023-0277

[April 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502018CA003416.

Frederick J. Keitel, III, Palm Beach, pro se.

Scott W. Atherton of Atherton Galardi Mullen & Reeder PLLC, West Palm Beach, for appellee L. Martin Reeder, Jr.

No brief filed for appellees Eric C. Christu and Maura A. Ziska.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***